UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-00301-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **JON RUSSELL SIMPSON,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss the Information. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss the Information (#10) is **GRANTED**, and the Bill of Information filed in this action is **DISMISSED** without prejudice.

Signed: November 30, 2018

Max O. Cogburn Jr.
United States District Judge

1